DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. BLACKWELL

No. 208P86.

Case below: 79 N.C. App. 370.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.

STATE v. BOONE

No. 316P86.

Case below: 79 N.C. App. 746.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 12 August 1986.

STATE v. BREWINGTON AND STATE v. NORRIS

No. 292P86.

Case below: 80 N.C. App. 42.

Petition by defendant (Norris) for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. BROWN

No. 425P86.

Case below: 81 N.C. App. 157.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986.

STATE v. CLAYTON

No. 365P86.

Case below: 80 N.C. App. 559.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 12 August 1986. Motion by Attorney General to dismiss appeal for lack of substantial constitutional question allowed 12 August 1986.